# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BOCHETTO & LENTZ, P.C., : No. 514 EAL 2015
:
              Petitioner :
:
             : Petition for Allowance of Appeal from
             : the Order of the Superior Court
          v. :
:
:
WFIC, LLC, ACE AMERICAN :
INSURANCE CO., WEST CHESTER FIRE :
INSURANCE CO., POWELL, :
TRACHTMAN, LOGAN CARRLE & :
LOMBARDO, P.C., MICHAEL :
TRACHTMAN AND BRIAN ANDERSEN, :
:
            Respondents :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.